☙ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION      ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.              DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/21/18____
```

-------------------------------------------------------------X
   JONATHAN OTTO,                      :
                                        :
                        Plaintiff,   :
                                        :            17-CV-8550 (VEC)
               -against-          :
                                        :               ORDER
                                        :
   ALTABA, INC.,                    :
                                        :
                      Defendant.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on January 17, 2018, the mediator reported that the parties reached a

settlement [Dkt. 11];

        WHEREAS on January 18, 2018 the Court entered an Order directing that this action be

dismissed without costs on **February 19, 2018** unless before that date one or more of the parties

filed a letter with the Court requesting that the action not be dismissed or stating the reasons why

the Court should retain jurisdiction over this action in light of the parties' settlement [Dkt. 12];

and

        WHEREAS no party filed a letter with the Court requesting that this action not be

dismissed;

        IT IS HEREBY ORDERED that this action shall be dismissed.  The Clerk of Court is

respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

Date:  **February 21, 2018**                 _____
        **New York, NY**                    **VALERIE CAPRONI**
                                          **United States District Judge**